**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

MATTHEW LEGAULT                                                      PLAINTIFF

v.                              **CASE NO. 4:24-CV-00728-BSM**

COSTCO WHOLESALE CORPORATION                          DEFENDANT

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 10th day of April, 2026.


_____
UNITED STATES DISTRICT JUDGE